# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| In re:  CARL VASHAWN WRIGHT, SR.<br>ELIZABETH YVETTE WRIGHT | Chapter 13<br>Case No.: 08-70090-FJS |
| Debtors | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)     (Amount of dividend)

CARL VASHAWN WRIGHT, SR.                         $440.28
ELIZABETH YVETTE WRIGHT
4616 A HARDY DRIVE
SUFFOLK, VA 23435

Date: October 13, 2011                           /s/ Michael P. Cotter

                                                 Michael P. Cotter
                                                 Chapter 13 Standing Trustee
                                                 870 Greenbrier Circle, Suite 402
                                                 Chesapeake, VA  23320
                                                 (757) 961-3000